# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Christina Rocha DEFENDANT(S). | CASE NUMBER LA 10 MJ 2919 - 8 <br><br> **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __12/10/10__, __9:00__, at __9:00__ ☒ a.m. / ☐ p.m. before the Honorable __OSWALD PARADA__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/7/10__

_____
U.S. District Judge/Magistrate Judge